People of the State of Illinois, defendant in error, v. Ben Stein, plaintiff in error. Gen. No. 39,742.

Opinion filed January 10, 1938.
Louis Steinberg and Reuben Freedman, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.